AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Eric Martin Wortman<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-MJ-8389-DLB<br>)<br>)<br>) |

FILED BY SP D.C.
SEP 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __09/11/19__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 924(c) | Possession with Intent to Distribute Methamphetamine and Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dominick Healey, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/19/2019

_____
*Judge's signature*

City and state: West Palm Beach, FL

Dave Lee Brannon, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF
## DOMINICK HEALEY, SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, Dominick B. Healey, being duly sworn, do state and attest as follows:

### Introduction

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since January 2019. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency. I have primarily been assigned to investigations dealing with bank robberies, stalking, and other violent crimes. Based on my experience as a federal law enforcement officer, I have been instructed in investigative techniques concerning drug trafficking and conspiracies to commit these offenses, in violation of Title 21, United States Code, Sections 841 and 846.

2. This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. This affidavit does not purport to contain all the information known to me about this case, but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging ERIC MARTIN WORTMAN with Possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Probable Cause

3. In September 2019, law enforcement officers received information from an anonymous source, who advised that a narcotic dealer known as "Eric," was selling ounces of methamphetamine and prescription pills. The source reported that "Eric" utilized phone number \*\*\*-\*\*\*-6264. Investigation in this matter later revealed that "Eric" was ERIC MARTIN WORTMAN (hereinafter "WORTMAN").

4. On September 11, 2019, a Boynton Beach Police Department (hereinafter "BBPD") officer, acting in an undercover capacity, initiated an unsolicited call to WORTMAN using telephone number \*\*\*-\*\*\*-6264. During the call, the undercover officer asked for one "zip," which is coded language to mean an ounce of methamphetamine. WORTMAN responded, "I have 7 grams for $400." The undercover officer then negotiated the purchase of 5 grams of methamphetamine for $300. WORTMAN then agreed to meet the undercover officer at Harvey E Oyer Jr., Park (hereinafter "Oyer Park"), located at 2010 North Federal Highway, Boynton Beach, Florida, within Palm Beach County and the Southern District of Florida.

5. Prior to WORTMAN's arrival, BBPD officers set up surveillance positions in the vicinity of Oyer Park. Officers then observed a 2017 Volkswagen Passat, bearing Florida license plate number LLWA31, enter Oyer Park and drive to the southeast corner near the children's playground. Officers observed WORTMAN exit the rear passenger seat of the vehicle and walk towards the fishing pier. Once at the fishing pier, WORTMAN made contact with the undercover officer. WORTMAN then provided the undercover officer a clear baggie that contained several crystal-like pieces, suspected to be

2

methamphetamine. In exchange, the undercover officer paid WORTMAN three hundred dollars in United States currency. WORTMAN then departed from the fishing pier and got back into the rear passenger seat of the Volkswagen Passat. Shortly afterwards, BBPD officers converged on the vehicle and detained WORTMAN, as well as two other occupants.

6. A search of the Volkswagen Passat, based upon the arrest of WORTMAN and a vehicle tow inventory conducted by the BBPD, revealed a black metal lock box, which WORTMAN spontaneously stated belonged to him, containing:

    a. multiple bags with white crystals, suspected to be methamphetamine, which weighed approximately 16.9 grams, which a later test using a #32 Mollies Reagent Test were positive for methamphetamine,

    b. multiple empty clear bags, needles, and a digital scale with white crystal residue, consistent with paraphernalia utilized to package and distribute narcotics, and

    c. a clear pipe with globe-like tip, believed to be a methamphetamine pipe.

7. During a search of WORTMAN's person, BBPD officers found a black Glock 19, 9-millimeter handgun inside his waistband. The firearm was loaded with a 15-round magazine inserted; however, no round was in the chamber.

8. Records checks revealed that WORTMAN does not possess a valid concealed carry permit in Florida. Additionally, records checks revealed that WORTMAN had two outstanding warrants for failure to appear, one in Palm Beach County (Case Number 19-008719MMAXX) and one in Brevard County (Case Number 2016CT052899).

9.  Based upon the foregoing, I respectfully submit that there is probable cause to charge ERIC MARTIN WORTMAN with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dominick B. Healey, Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed before me this ___19 B___ day of September, 2019 at West Palm Beach, Florida.

HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## AMENDED PENALTY SHEET

CASE NO.  19-MJ-8389-DLB

Defendant's Name:  **ERIC MARTIN WORTMAN**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession with intent to distribute methamphetamine | 21:841(a)(1) and (b)(1)(C) | 20 years in prison<br>$5,000,000 fine<br>SR: At least 3 years to life<br>$100 Special Assessment |
| 2 | Possession of firearm in furtherance of drug trafficking offense | 18:924(c)(1)(A)(i) | Life in prison<br>5 year mandatory minimum consecutive to count one<br>$250,000 fine<br>SR: 5 years<br>$100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-MJ-8389-DLB

UNITED STATES OF AMERICA

v.

ERIC MARTIN WORTMAN,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0772321
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:   Adam.McMichael@usdoj.gov